UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.

Shirley J. Anderson and Arnold R. Anderson,

                Plaintiffs,

v.

Medicare Insurance,
New River Medical Center,
Guardian Angels TCU of Elk River, MN,

                Defendants.

**NOTICE OF REMOVAL OF
ACTION TO FEDERAL
COURT**

Defendant "Medicare Insurance" also known as the United States of America (the "United States"), by its attorney, the United States Attorney for the District of Minnesota, and on behalf of the Secretary of Health and Human Services (the "Secretary") hereby gives notice to the Anoka County District Court and the parties in the above referenced case as follows:

1.    There is a civil action now pending in the District Court for Anoka County, Tenth Judicial District, State of Minnesota, entitled Shirley J. Anderson and Arnold R. Anderson, Plaintiffs v. Medicare Insurance, et al., Defendants, Anoka County Court File No.: 02-CV-14-905, and trial has not yet been had therein.   Attached hereto are true and accurate copies of documents from that state court action: Exhibit A, Complaint filed February 21, 2014; Exhibit B, Findings of Fact, Conclusions of Law, and Order dated September 18, 2014 (Defendants Kraker, Lockman, and Advanced Spine); Exhibit C, Findings of Fact, Conclusions of Law, and Order dated September 19, 2014 (Defendants

Mount and Allina Medical Clinic); Exhibit D, Findings of Fact, Conclusions of Law, and Order dated November 14, 2014 (Defendants Dyste and Metropolitan Neurosurgery).

2.      Plaintiff's allegations against the "Medicare Insurance," the Secretary, or the United States are not clear, but it appears that Plaintiffs allege that the Secretary somehow aided, abetted, or assisted the alleged medical malpractice by the other defendants by reimbursing those health care providers for their services with dollars from the Medicare program administered by the Secretary. As such, this action is removable to this Court 28 U.S.C. §§ 1441(a) and/or 1442(a).   This notice of removal is filed pursuant to 28 U.S.C. Sections 1441(a), 1442(a), and 1446, said proceedings or action being one over which this Court has original jurisdiction; said proceedings or action being one that arises under the Constitution, laws, and/or regulations of the United States; said proceedings or action being one against the United States, an agency thereof, or a federal officer or employee.

3.      To the extent Plaintiffs attempt to allege a cause of action against "Medicare Insurance," the Secretary, or the United States for a negligent act or omission of a federal employee acting within the scope of his or her authority, such an action would be only against the United States under the Federal Tort Claims Act, Title 28, United States Code, Sections 1346(b)(1) and 2671-2680 ("FTCA") and as such this action is removable to this Court under 28 U.S.C. § 1441(a) as an action over which this Court has original jurisdiction.

4.      The United States files herewith copies of relevant pleadings, orders, and other documents received by the United States Attorney.

2

WHEREFORE, notice is hereby given that the said action is removed from the state court into this Court for trial or such other determination as this Court may make regarding the action in accordance with its jurisdictional limits under 28 U.S.C. §§ 1441, 1442, 1446, 1346(b), 2672, and 2679. Furthermore, pursuant to 28 U.S.C. § 1446(d), the Anoka County District Court, Tenth Judicial District, shall proceed no further with respect to the all proceedings relating to this action unless and until such matter is remanded to said state court.

Respectfully submitted,

Dated: *11/21/2014*

ANDREW M. LUGER.
United States Attorney

*Friedrich A. P. Siekert*

BY:   FRIEDRICH A. P. SIEKERT
Assistant U.S. Attorney
Attorney ID No. 142013
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Attorneys for "Medicare Insurance," the Secretary of Health and Human Services, and the United States of America

STATE OF MINNESOTA    )
                      )  ss.        AFFIDAVIT
COUNTY OF HENNEPIN    )


Friedrich A.P. Siekert, being duly sworn, deposes and says that he is an Assistant United States Attorney for the District of Minnesota and represents the "Medicare Insurance," the Secretary of Health and Human Services, and the United States herein; that he has read the foregoing notice and knows the contents thereof; that the same is true of his own knowledge, except as to any matters stated therein on information and belief and as to those matters he believes them to be true.

_____
FRIEDRICH A.P. SIEKERT
Assistant United States Attorney


Subscribed and Sworn to Before Me

This 21 Day of November 2014.


_____
NOTARY

ANDREA R. KYLLONEN
Notary Public-Minnesota
My Commission Expires Jan 31, 2015