# UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Shirley J. Anderson and Arnold R. Anderson,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>Medicare Insurance; New River Medical Center; Guardian Angels TCU of Elk River, MN; Dr. David Kraker; Dr. Gregg Dyste; Dr. Mark R. Mount; and Dr. Steven Lockman,<br><br>　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number:  14-cv-4832 PJS/HB |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The government's motion to dismiss [ECF No. 17] is GRANTED.

2. Anderson's claim against the government is DISMISSED WITH PREJUDICE.

3. This matter is REMANDED to the Minnesota District Court, Tenth Judicial District.


Date: July 20, 2015　　　　　　　　　　　　　　　　RICHARD D. SLETTEN, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/LP Holden
　　　　　　　　　　　　　　　　　　　　　(By)　　　　LP Holden, Deputy Clerk